SIDNEY CHERNUCHIN, as Administrator, etc., of MORRIS CHERNUCHIN, Deceased, Appellant, v. JOSEPH H. KALMANOFF and JOHN S. LANDES, Respondents.— In an action to recover damages for alleged fraudulent representations, judgment in favor of the defendants, entered upon the dismissal of the complaint as to defendant Kalmanoff at the close of the plaintiff's evidence, and upon the direction of a verdict for defendant Landes at the close of all the evidence in the case, reversed upon the law and a new trial granted, with costs to the appellant to abide the event. In our opinion, the evidence given upon the trial of this case presented a question of fact which should have been submitted to the jury. Lazansky, P. J., Young, Carswell, Davis and Taylor, JJ., concur.

JOSEPH COHEN, Appellant, v. MEYER WINOKUR, as President of the Retail Dairy, Grocery, Fruit & Vegetable Clerks' Union of Greater New York, Local No. 338, Respondent.— Order dismissing the plaintiff's complaint in an action in equity to restrain picketing and for incidental relief affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ., concur.

IRENE CONNELLY, an Infant, by ARTHUR CONNELLY, Her Guardian ad Litem, and ARTHUR CONNELLY, Appellants, v. FRANK DUNN, Respondent.— Action for personal injuries sustained by the infant plaintiff when descending a fire escape ladder from the roof of an extension to the yard, and also father's action for loss of services and expenses. Judgment dismissing the complaint unanimously affirmed, with costs. Appeal from order dismissed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.